UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CITY OF ST. PETERSBURG,
FLORIDA,

    Plaintiff,

v.                           Case No: 8:18-CV-1195-T-33CPT

AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH,
INC., MCKESSON CORPORATION,
PURDUE PHARMA L.P., PURDUE
PHARMA, INC., THE PURDUE
FREDERICK COMPANY, INC., TEVA
PHARMACEUTICAL INDUSTRIES,
LTD., TEVA PHARMACEUTICALS USA,
INC., CEPHALON, INC., JOHNSON &
JOHNSON, JANSSEN
PHARMACEUTICALS, INC.,
ORTHOMCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
NORAMCO, INC., ENDO HEALTH
SOLUTIONS, INC., ENDO
PHARMACEUTICALS, INC.,
ALLERGEN PLC, WATSON
LABORATORIES, INC., ACTAVIS
PHARMA, INC., MALLINCKRODT PLC,
MALLINCKRODT LLC, JANSSEN
PHARMACEUTICA INC., WATSON
PHARMACEUTICALS, INC. and
ACTAVIS LLC,

    Defendants.

_____/

## <u>ORDER STAYING CASE</u>

    This matter comes before the Court sua sponte. The Court
notes that this case may be subject to transfer for multidistrict
litigation: MDL 2804 In Re National Prescription Opiate Litigation.

    In the interest of judicial economy, this Court stays this
matter (including the disposition of all pending motions and

pending deadlines) until such time as the Panel has dispositively ruled as to whether this case will be transferred to another court for consolidated multidistrict litigation. In so staying this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358, 1360 (11th Cir. 2002), and finds that the stay is reasonable.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Clerk is directed to **STAY AND ADMINISTRATIVELY CLOSE** this case until such time as the Panel has dispositively ruled as to whether this case will be transferred to another court for consolidated multidistrict litigation.

(2) The parties shall immediately inform the Court when the Panel has made its final ruling.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 31st day of May, 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE